EDWARD H. KUBO, JR. # 2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON # 4532
Assistant U.S. Attorney
Violent Crime Chief

MARSHALL SILVERBERG # 5111
Assistant U.S. Attorney
Room 6100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Email: Marshall.Silverberg@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 2 2 2003

at 4 o'clock and ___ min ___ M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR03-00515 |
| Plaintiff, ) | INDICTMENT |
| vs. ) | Count 1: 18 U.S.C. § 111(a)(1) |
| KEITH H. MALAQUI, ) | Count 2: 36 C.F.R. § 4.23(a)(1) |
| Defendant. ) | |

## INDICTMENT

### COUNT 1
(18 U.S.C. § 111(a)(1))

The Grand Jury charges that:

On or about October 18, 2003, in the District of Hawaii, defendant KEITH H. MALAQUI did knowingly intimidate a person designated in Title 18, United States Code, Section 1114 while that person was engaged in the performance of official duties.

All in violation of Title 18, United States Code, Section 111(a)(1).

## COUNT 2
(36 C.F.R. § 4.23(a)(1))

The Grand Jury further charges that:

On or about October 18, 2003, in the District of Hawaii, defendant KEITH H. MALAQUI did knowingly operate a motor vehicle and was in actual physical control of a motor vehicle while under the influence of alcohol and marijuana to a degree that rendered MALAQUI incapable of safe operation of the vehicle.

All in violation of Title 36, Code of Federal Regulations, Section 4.23(a)(1).

DATED: October 22, 2003, at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
RONALD G. JOHNSON
Assistant U.S. Attorney

_____
MARSHALL H. SILVERBERG
Assistant U.S. Attorney

UNITED STATES v. KEITH H. MALAQUI
Cr. No.       (Indictment)

2